## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **MEBRAHTU MEHUR OGBAZGI,** Petitioner | **CIVIL DOCKET NO. 1:20-CV-1312-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD WOLF, ET AL,** Respondents | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's Motion for Temporary Restraining Order enjoining Respondents from transferring him from LaSalle Correctional Center (ECF No. 1) is DENIED.

THUS DONE AND SIGNED in Chambers, this 3rd day of November, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE